UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-2406**

---

CHRISTYL CARTWRIGHT,

Plaintiff - Appellant,

versus

DALKON SHIELD CLAIMANTS TRUST,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge. (CA-96-274)

---

Submitted: April 15, 1997                    Decided: May 2, 1997

---

Before RUSSELL, WIDENER, and HAMILTON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Christyl Cartwright, Appellant Pro Se. Melody Gunter Foster, DALKON SHIELD CLAIMANTS TRUST, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Christyl Cartwright appeals the district court's order granting Defendant's motion for summary judgment upon the finding that this personal injury action is barred by Virginia's two-year statute of limitations, Va. Code Ann. § 8.01-243(A) (Michie 1992). Cartwright's injury was sustained in 1975; she filed this action in 1996. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Cartwright v. Dalkon Shield Trust, No. CA-96-274 (E.D. Va. Sept. 6, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED